RECEIVED
IN LAKE CHARLES, LA

DEC 27 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VICKRAM BIPAT** <br> **BOP #37494-265** | : | **DOCKET NO. 2:10 CV1584** |
| **VS.** | : | **JUDGE MINALDI** |
| **JANET NAPOLITANO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice for failure to state a claim for which relief may be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 21 day of December 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE